IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, PLUMBERS, PIPEFITTERS & MES LOCAL UNION NO. 392 SUPPLEMENTAL UNEMPLOYMENT BENEFITS TRUST FUND, | : : : : : |
| Plaintiff(s), | : : Case Number: 1:07cv90 |
| vs. | : : District Judge Susan J. Dlott |
| CHARLES CLISE, | : : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on July 24, 2008 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 13, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for summary judgment (Doc. 21) is GRANTED in favor of plaintiff and against Defendant Charles Clise in the amount of $4,383.67, plus prejudgment interest at a rate of ten percent (10%) per year from January 1, 2006.  Plaintiff is also entitled to payment of its reasonable attorney's fees and cost, such to be submitted by plaintiff in a separate motion prior to a final entry.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge